UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                            Case No.   15-CR-20346

                                Hon. Matthew F. Leitman

SANTIAGO H. MARTINEZ,

     Defendant.

_____/

### ORDER (1) GRANTING DEFENDANT'S MOTION IN LIMINE (ECF #15) AND (2) TERMINATING GOVERNMENT'S MOTION TO ADJOURN TRIAL (ECF #43) AS MOOT

On June 27, 2016, the Court held a final pre-trial conference in this action. During the conference, the Court heard argument from the parties with respect to a motion in limine Defendant had filed seeking to exclude the Government at trial from using certain criminal convictions of the Defendant for impeachment purposes (the "Motion in Limine") (*see* ECF #15.)

For the reasons stated on the record at the final pre-trial conference, **IT IS HEREBY ORDERED** that Defendant's Motion in Limine (ECF #15) is **GRANTED**.   The Government shall not use any of the Defendant's prior convictions that were the subject of the Motion in Limine for impeachment purposes absent further order of the Court.

2:15-cr-20346-MFL-MKM   Doc # 47   Filed 06/28/16   Pg 2 of 2   Pg ID 148

The Court also discussed a proposed trial schedule with the parties at the final pre-trial conference. Given the parties' agreement on that schedule, the Court **TERMINATES AS MOOT** the Government's Motion to Adjourn Trial (ECF #43.)

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   June 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
